kiSCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>  vs.<br><br>Richard A. McCormack, et al,<br><br>    Defendants | Case No. **2:11-cv-00778-JAM-KJN**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 15, 2011 FOR DEFENDANTS ANNA M. MCCORMACK INDIVIDUALLY AND D/B/A MID VALLEY ROCK COMPANY; JEROME CHETCUTI INDIVIDUALLY AND AS TRUSTEE OF THE CHETCUTI FAMILY 1992 TRUST, DATED OCTOBER 15, 1992; NAZZARENA CHETCUTI INDIVIDUALLY AND AS TRUSTEE OF THE CHETCUTI FAMILY 1992 TRUST, DATED OCTOBER 15, 1992 TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, Anna M. McCormack Individually and d/b/a Mid Valley Rock Company; Jerome Chetcuti Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992; Nazzarena Chetcuit Individually and as

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992, by and through their respective attorneys of record, Scott N. Johnson; Jason Borg, stipulate as follows:

1. No extension of time has been previously obtained.
2. Defendants Anna M. McCormack Individually and d/b/a Mid Valley Rock Company; Jerome Chetcuti Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992; Nazzarena Chetcuit Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992 is granted an extension until July 15, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendants Anna M. McCormack Individually and d/b/a Mid Valley Rock Company; Jerome Chetcuti Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992; Nazzarena Chetcuit Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992 response will be due no later than July 15, 2011.

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED effective as of June 2, 2011

Dated:   June 2, 2011                    /s/Jason Borg_____ ___

                                         Jason Borg,

                                         Attorney for Defendants

                                         Anna M. McCormack

                                         Individually and d/b/a

                                         Mid Valley Rock Company;

                                         Jerome Chetcuti

                                         Individually and as

                                         Trustee of the Chetcuti

                                         Family 1992 Trust, dated

                                         October 15, 1992;

                                         Nazzarena Chetcuit

                                         Individually and as

                                         Trustee of the Chetcuti

                                         Family 1992 Trust, dated

                                         October 15, 1992


Dated:   June 2, 2011                    /s/Scott N. Johnson _____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com

1   **IT IS SO ORDERED:** that Defendants Anna M. McCormack Individually and d/b/a Mid Valley Rock Company; Jerome Chetcuti Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992; Nazzarena Chetcuit Individually and as Trustee of the Chetcuti Family 1992 Trust, dated October 15, 1992 shall have until July 15, 2011 to respond to complaint.

Dated: 6/6/2011

                                         /s/ John A. Mendez_____
                                         United States District Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 4

PDF created with pdfFactory trial version www.pdffactory.com