SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>Richard McCormack, et al,<br><br>    Defendants | Case No. **2:11-cv-00778-JAM-KJN**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF RICHARD MCCORMACK**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendant Richard McCormack is hereby dismissed Without Prejudice.  This case is to remain open with remaining Defendants.

Date:  7/19/2011

                          /s/ John A. Mendez_____
                          U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-00778-JAM-KJN - 1

PDF created with pdfFactory trial version www.pdffactory.com