SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>          Plaintiff,<br><br>     vs.<br><br>Richard A. McCormack, et al<br><br>          Defendants | Case No. **2:11-cv-00778-JAM-KJN**<br><br>**ORDER RE: STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL** |

   IT IS HEREBY ORDERED THAT the parties shall have the Pretrial Conference and Trial continued for sixty (60) days.

- **Pretrial conference is reset to 3/29/2013 at 10:00 a.m.  The parties joint pretrial statement shall be e-filed on or before 3/22/2013;**

- **Jury trial is reset to 5/6/2013 at 9:00 a.m.**

Date:  1/9/2013

                    /s/ John A. Mendez_____
                    U. S. District Court Judge

PROPOSED ORDER STIPULATION FOR CONTINUANCE OF PRETRIAL CONFERENCE AND TRIAL

CIV: S-11-cv-00778-JAM-KJN - 1

PDF created with pdfFactory trial version www.pdffactory.com